UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JOHN H. COOLEY, II | * | CIVIL ACTION |
| VERSUS | * | NO: 11-455 |
| N. BURL CAIN, WARDEN | * | SECTION: "F"(6) |

### ORDER

The Court, having considered the petition, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the objections to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore, IT IS ORDERED that the petition of John H. Cooley, II for issuance of a writ of habeas corpus under 28 U.S.C. § 2254, be, and the same is hereby DENIED WITH PREJUDICE AS UNTIMELY.

New Orleans, Louisiana, this 15th day of MARCH, 2012.

UNITED STATES DISTRICT JUDGE