UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JOHN H. COOLEY, II                                                           CIVIL ACTION

VERSUS                                                                             NO. 11-0455

N. BURL CAIN, WARDEN                                                  SECTION "F"(6)

## CERTIFICATE OF APPEALABILITY

Having separately issued a final order in connection with the captioned habeas corpus proceeding, in which the detention complained of arises out of process issued by a state court, the Court, after considering the record and the requirements of 28 U.S.C. § 2253 and Fed. R. App. P. 22(b), hereby orders that,

_____   a certificate of appealability shall be issued having found that petitioner has made a substantial showing of the denial of a constitutional right related to the following issue(s):

_____
_____
_____

___X__   a certificate of appealability shall not be issued for the following reason(s):

The petitioner has failed to make a substantial showing of the denial of a constitutional right. The petitioner has failed to show that reasonable jurists could debate whether the motion should have been resolved in a different manner or that the issues presented were adequate to deserve encouragement to proceed further. See Order Adopting Report and Recommendations dated March 15, 2012.

New Orleans, Louisiana, this __16th__ day of _____March_____, 2012.

_____
UNITED STATES DISTRICT JUDGE